UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-2349 DSR                                    Date: May 5, 2026

Title  MAKKA OKUNCHAEVA v. WARDEN, et al.


Present:  The Honorable:  Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**    (IN CHAMBERS) **ORDER RE: EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

The Court is in receipt of the Ex Parte Application for Temporary Restraining Order filed by Petitioner after hours on May 4, 2026. (Docket No. 3).

The Court ORDERS Respondents to file any Opposition to the Application no later than noon on Thursday, May 7, 2026.  Petitioner may file a Reply no later than Friday, May 8. Briefing on the underlying Petition shall be as set forth in General Order 26-05.

IT IS FURTHER ORDERED that the Petitioner must not be moved to a location outside of the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action, unless otherwise ordered by the Court.

IT IS SO ORDERED.

|  :  |
|---|
| **Initials of Preparer**    LK |